## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES R. BARNES,

     Petitioner,

v.                                                                          Case No: 8:14-cv-2385-T-30TGW

FLORIDA DEPARTMENT OF
CORRECTIONS and MICHAEL
CREWS,

     Respondents.

_____

## ORDER OF DISMISSAL

Before the Court is the Petition for Writ of Habeas Corpus (Dkt. #1) and Memorandum in Support (Dkt. #2). Upon review, the Court finds that Barnes previously filed a § 2254 petition (2:11-cv-362-JES-CM, Middle District of Florida) which was denied. In the present petition, denominated a § 2241 petition, Barnes seeks to raise ineffective assistance of counsel claims from his state case. He contends *Martinez v. Ryan*, 132 S.Ct. 1309 (2012) authorizes this Court to entertain those claims in a § 2241 petition. Barnes is wrong. *Martinez* dealt with whether a claim could survive procedural default and be brought in a timely § 2254 petition. *Martinez* does not authorize the untimely raising of the claim or the circumvention of the requirement to get 11th Circuit approval prior to bringing a second or successive § 2254 petition.

It is therefore **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     Any pending motions are denied as moot.

3.      The Clerk is directed to close this case.

## CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL
## IN FORMA PAUERIS DENIED

IT IS FURTHER ORDERED that Petitioner is not entitled to a certificate of appealability.  A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition.  28 U.S.C. § 2253(c)(1).  Rather, a district court must first issue a certificate of appealability.  *Id.*  "A certificate of appealability may issue … only if the applicant has made a substantial showing of the denial of a constitutional right."  *Id.* at § 2253(c)(2).  To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004)(quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003)(quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances.

Finally, because Petitioner is not entitled to a certificate of appealability, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-2385 dismiss 2241.docx